IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 06-30160-004-DRH |
| | ) | |
| RODNEY L. BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING APPLICATION FOR
## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The above-entitled cause having come before the Court upon the application of the United States Attorney for an order directing the issuance of a Writ of Habeas Corpus ad Prosequendum for the production of RODNEY L. BROWN in the United States District Court at East St. Louis, Illinois, on the 19th day of April, 2007, at the hour of 2:30 p.m.

**IT IS SO ORDERED.**

DATED this 27th day of March 2007.

DONALD G. WILKERSON
United States Magistrate Judge