IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **RODNEY L. BROWN,** | ) | |
| | ) | |
| **Defendant.** | ) | No. 06-CR-30160 |

### ORDER

**HERNDON, District Judge:**

      Before the Court is a motion to continue trial submitted by Defendant Rodney L. Brown. (Doc. 115.) The motion is unopposed. The Court finds that the trial should be postponed because Defendant Brown's counsel has another trial scheduled for that same day. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant Brown in a speedy trial because failure to grant a continuance would unreasonably deny Defendant Brown continuity of counsel. Therefore, the Court **GRANTS** Defendant Brown's motion to continue (Doc. 115) and continues the trial scheduled for September 17, 2007 for Defendant Brown until December 3, 2007. The time from the date Defendant Brown's motion

1

was raised, August 28, 2007, until the date on which the trial is rescheduled, December 3, 2007, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED**.

Signed this 30th day of August, 2007.

/s/      DavidRHerndon
**United States District Judge**
