IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No.: 06-30160 DRH |
| RODNEY L. BROWN, | ) | |
| Defendant. | ) | |

## ORDER

HERNDON, District Judge:

Defendant's Motion for Visitation, having been fully considered in the premises, and with the consent of the Assistant United States Attorney, said motion is hereby GRANTED. Defendant's mother, Denita Brown, shall be allowed visitation with Defendant during regular visitation hours on Wednesday, July 23, 2008 <u>consistent with the usual jail regulations and security requirements</u>. The clerk of this Court shall forthwith issue a copy of this Order to the United States Marshal and to the appropriate officer at the Perry County Jail, 12 East Water Street, Pinckneyville, Illinois 62274.

IT IS SO ORDER

Signed this 18th day of July, 2008.

/s/   *David R Herndon*
Chief Judge
United States District Court