IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**RODNEY L. BROWN,**                                              **No.06-30160-DRH**

**Defendant.**

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant Brown's motion for continuance of sentencing date (Doc. 217). Defendant argues that his counsel received notice that he will be receiving orders to report for active duty oversees with the U.S. Army Reserves from March 1, 2009 to March 20, 2009 and will be unavailable for the current sentencing date of March 20, 2009. The motion is unopposed. Therefore, the Court **GRANTS** Defendant's motion for continuance of sentencing date (Doc. 217) and **CONTINUES** the sentencing date set for March 20, 2009 until **April 10, 2009 at 10:30 a.m.**

**IT IS SO ORDERED.**

Signed this 4th day of February, 2009.

/s/   *David R Herndon*
**Chief Judge**
**United States District Court**