IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

RODNEY L. BROWN,                                    No. 06-30160-DRH

Defendant.

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant Brown's Motion for Extension of Time to File Motions for: New Trial & for Arrest of Judgment and Motion to Continue Sentencing Date (Doc. 221). Defendant argues that he was recently appointed new counsel and needs an extension of sixty (60) days after his counsel receives transcripts from the trial in order to determine if there is a basis for filing a motion for new trial and/or motion for arrest of judgment. Based on the reasons set for in the motion, the Court **GRANTS** Defendant Brown's Motion for Extension of Time to File Motions for: New Trial & for Arrest of Judgment (Doc. 221). Defendant will have sixty (60) days from the receipt of pre-trial and trial transcripts to file the above mentioned motions.

Further, Defendant Brown requests that his sentencing hearing be continued until after such time as he has had the opportunity to review trial

transcripts. Therefore, the Court **GRANTS** Defendant's Motion to Continue Sentencing Date (Doc. 221) and continues the sentencing hearing scheduled for April 10, 2009 until **June 5, 2009 at 1:30 p.m.**

**IT IS SO ORDERED.**

Signed this 23rd day of February, 2009.

/s/ David R Herndon
**Chief Judge
United States District Court**