IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**RODNEY L. BROWN,**

**Defendant.**                    No. 06-30160-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant Rodney Brown's second motion for extension of time to file motions for: new trial and for arrest of judgment and motion to continue sentencing date (Doc. 234). Defendant argues that his counsel met with him on May 13, 2009 and his counsel needs additional time to explore issues that were raised during their meeting. Defendant's counsel also needs additional time to completely review the transcripts of the trial. Defendant requests a 45 day extension from June 5, 2009. Defendant further requests that his sentencing be continued should the Court grant his motion for extension of time. His sentencing hearing is currently scheduled for June 5, 2009. Based on the reasons in the motion, the Court **GRANTS** Defendant's motion for extension of time to file motions (Doc. 234). Defendant will have up to and including **July 20, 2009** in which to file his motion for new trial and motion for arrest of judgment. In light of the Court's granting Defendant's motion for extension, the Court also **GRANTS** Defendant's motion to continue the sentencing hearing and **CONTINUES** the sentencing hearing scheduled

for June 5, 2009 until **July 31, 2009 at 1:30 p.m.**.

**IT IS SO ORDERED.**
Signed this 15th day of May, 2009.

/s/    DavidRHerndon
**Chief Judge
United States District Court**