IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

RODNEY L. BROWN,

Defendant.                                              No. 06-30160-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is a motion for extension of time to file motion for new trial (Doc. 250) and motion for extension of time to file objections to PSR (Doc. 251). On July 31, 2009, the Court held a hearing on Defendant Brown's motion for extension of time to file a motion for new trial and the Court granted Defendant's motion, giving Defendant Brown until September 30, 2009 in which to file a motion for new trial (Doc.245). Defendant Brown now argues that he needs an additional thirty (30) days in which to file a motion for new trial and objections to the PSR as he has just recently received the research materials needed in order to file said motion and objections (Doc. 250 & 251). Based on the reasons in the motion, the Court **GRANTS** Defendant Brown's motion for extension of time to file motion for new trial (Doc. 250) and motion for extension of time to file objections to PSR (Doc. 251). Defendant will have to, and including, **October 30, 2009** in which to file the motion for new trial and objections to the PSR. The Government will have up to and including **November 16, 2009** in which to file a response to the post trial motions.

In light of the fact that Defendant has requested additional time in which to file post trial motions, the Court also finds that the sentencing date must be continued. Therefore, the Court **CONTINUES** the sentencing date currently scheduled for November 13, 2009 until **December 11, 2009 at 10:30 a.m.**

**IT IS SO ORDERED.**

Signed this 2nd day of October, 2009.

/s/   David R Herndon

**Chief Judge
United States District Court**